**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-1740**

———————

CHARLES DAVIS BURRELL,

Plaintiff - Appellant,

versus

COUNTY OF HENRICO, VIRGINIA; T.M. ALPHIN,
Police Officer,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, Chief District Judge.  (3:07-cv-00235-JRS)

———————

Submitted:  November 15, 2007        Decided:  November 20, 2007

———————

Before WILLIAMS, Chief Judge, and MOTZ and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Charles Davis Burrell, Appellant Pro Se. Joseph Paul Rapisarda, Jr., County Attorney, Annie Kim, Assistant County Attorney, Wasseem David Kazzie, HENRICO COUNTY CIRCUIT COURT, Richmond, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Davis Burrell appeals the district court's order dismissing his complaint for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Burrell v. County of Henrico</u>, No. 3:07-cv-00235-JRS (E.D. Va. June 25, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>